UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | ED CV 14-2238 DSF (JCG) | Date | October 15, 2015 |
|---|---|---|---|
| Title | *Jesse Valdez v. Riverside County, et al.* | | |

| Present: The Honorable | **Jay C. Gandhi, United States Magistrate Judge** | |
|---|---|---|
| Kristee Hopkins | None Appearing | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiff:     Attorneys Present for Defendants:

None Appearing                              None Appearing

**Proceedings:**     **(IN CHAMBERS) ORDER TO SHOW CAUSE WHY ACTION SHOULD NOT BE DISMISSED**

On October 21, 2014, Jesse Valdez ("Plaintiff"), a California prisoner proceeding *pro se*, lodged a civil rights complaint pursuant to 42 U.S.C. § 1983 ("Complaint"). [Dkt. No. 1.] On February 11, 2015, Defendants filed a motion to dismiss the Complaint on the basis of several deficiencies. [Dkt. No. 11.] On July 13, 2015, Magistrate Judge Alicia Rosenberg recommended that Defendants' motion be granted, but that Plaintiff be granted leave to amend the Complaint. [Dkt. No. 24.] On August 21, 2015, District Judge Christina Snyder adopted Judge Rosenberg's recommendation. [Dkt. No. 25.] On September 9, 2015, this Court informed Plaintiff that any proposed First Amended Complaint was due no later than September 30, 2015. [Dkt. No. 27.] As of today's date – more than two weeks past that deadline – Plaintiff has yet to file a First Amended Complaint.

Accordingly, within **fourteen days** of the date of this Order, Plaintiff is **ORDERED TO SHOW CAUSE**, in writing, why this action should not be dismissed for failure to prosecute and/or comply with a court order. If Plaintiff files his First Amended Complaint within **fourteen days** of the date of this Order, he need not separately respond to this Order to Show Cause.

**Plaintiff is cautioned that his failure to timely file a response will be deemed by the Court as consent to the dismissal of this action without prejudice.**

cc: Parties of Record

|  | 00 : 00 |
|---|---|
| Initials of Clerk | kh |