O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSE VALDEZ,<br><br>    Plaintiff,<br><br>  v.<br><br>RIVERSIDE COUNTY, *et al.*,<br><br>    Defendants. | Case No. ED CV 14-2238 DSF (JCG)<br><br>**ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the Magistrate Judge's Report and Recommendation, and the remaining record.  No objections to the Report and Recommendation have been filed.

//
//
//
//
//
//
//

Accordingly, IT IS ORDERED THAT:

1. The Report and Recommendation is approved and accepted;

2. Judgment be entered dismissing this action without prejudice; and

3. The Clerk serve copies of this Order and the Judgment on the parties.

DATED: 4/20/16

_____
HON. DALE S. FISCHER
UNITED STATES DISTRICT JUDGE