JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

JESSE VALDEZ,                              )     Case No. ED CV 14-2238 DSF (JCG)
                        Plaintiff,          )     **JUDGMENT**
            v.                              )
                                            )
RIVERSIDE COUNTY, *et al.*,                 )
                        Defendants.         )
_____ )

        IT IS ADJUDGED that the above-captioned action is **DISMISSED WITHOUT PREJUDICE** for the reasons set forth in the Magistrate Judge's Report and Recommendation.

                    4/20/16
DATED: _____        _____
                                            HON. DALE S. FISCHER
                                        UNITED STATES DISTRICT JUDGE